G. WARREN BLEEKER, CA Bar No. 210834
warren.bleeker@cph.com
**CHRISTIE, PARKER & HALE, LLP**
655 N. Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiff,
SHOES WEST, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOES WEST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> D&L CONSULTING, INC., <br><br> Defendant. | Case No. 2:14-cv-8379 <br><br> **COMPLAINT FOR:** <br><br> **(1) TRADEMARK INFRINGEMENT, 15 U.S.C. § 1114(1)** <br> **(2) UNFAIR COMPETITION, CAL. BUS. & PROF. CODE § 17200 *ET SEQ.*** <br> **(3) UNFAIR COMPETITION UNDER CALIFORNIA COMMON LAW** <br><br> **DEMAND FOR JURY TRIAL** |

For its Complaint against Defendant D&L CONSULTING, INC. ("D&L" or "Defendant"), Plaintiff SHOES WEST, INC. ("Shoes West" or "Plaintiff") alleges as follows:

**JURISDICTION**

1.   This is an action for trademark infringement in violation of 15 U.S.C. Section 1114(1) and unfair competition under Cal. Bus. & Prof. Code Sections 17200 *et seq.* and the common law of California. This Court has jurisdiction pursuant to at least 15 U.S.C. Section 1121(a), 28 U.S.C. Section 1338(a), (b), and 27 U.S.C. Section 1367.

-1-

2. This Court has personal jurisdiction over Defendant because it has directed its unlawful business activities towards California and has caused injury to a California resident within California.

3. Venue is proper under at least 28 U.S.C. Section 1391(b)(2) and/or (b)(3).

## PARTIES

4. Plaintiff Shoes West is a corporation existing under the laws of the State of California, having a principal place of business at 2660 Columbia Street, Torrance, California 90503. Shoes West designs and manufactures distinctive footwear products under the TAOS mark.

5. Shoes West is informed and believes, and thereon alleges that Defendant D&L is a corporation organized under the laws of New Mexico, having a principal place of business at 133 North Plaza, Taos, New Mexico, 87571.

## FACTUAL BACKGROUND

6. Shoes West uses the trademark TAOS in connection with footwear which is sold nationwide.

7. Shoes West is the owner by assignment of United States Trademark Registration No. 3,009,106 ("the '106 Reg.") for the trademark TAOS for footwear, not including Indian moccasins. The '106 Reg. issued on October 25, 2005 and is valid and existing on the Principal Register of the United States Patent and Trademark Office ("PTO") and is incontestable. A copy of the '106 Reg. is attached as Exhibit A.

8. Upon information and belief, Defendant sells footwear products under the mark TAOSHOES, and has used and continues to use the TAOS mark, with full knowledge of Shoes West's rights in its trademark TAOS, in connection with shoe products in competition with Shoes West's shoe products.

CHRISTIE, PARKER & HALE, LLP

9. Upon information and belief, Defendant owns and operates a website with the domain name www.taoshoes.org, a domain name that incorporates Shoes West's entire TAOS mark, and where Defendant promotes its shoe products.

10. Upon information and belief, the principals/owners of Defendant are Douglas Goodhart and Laurence Goodhart, and upon information and belief, Douglas Goodhart and Laurence Goodhart previously sold footwear in the Kansas City area under the name Goodhart Shoes.

11. In at least 2011 and 2013, Shoes West supplied and distributed its footwear products under the TAOS mark to Goodhart Shoes.

## FIRST CLAIM FOR RELIEF

### Infringement of a Federally Registered Trademark

12. Shoes West repeats and incorporates herein the allegations contained in paragraphs 1 through 11 of this Complaint.

13. Shoes West's registered mark TAOS is inherently distinctive, as evidenced by its registration on the Principal Register of the PTO which is now incontestable, and is therefore entitled to a broad scope of protection.

14. Defendant's use of the trademark TAOSHOES in connection with the sale of shoes, is likely to cause confusion that Defendant's goods emanate from or are sponsored or authorized by Shoes West.

15. On information and belief, Defendant had actual knowledge of Shoes West's prior use of its TAOS trademark through Defendant's principals/owners who previously sold Shoes West's shoes under the TAOS trademark in their prior business Goodhart Shoes, located in the Kansas City area.

16. Defendant has unlawfully adopted and uses the mark TAOSHOES in complete disregard of Shoes West's rights, constituting willful infringement of a registered trademark in violation of U.S.C. § 1114(1), in that Defendant has used in connection with its goods a mark which is likely to cause confusion or mistake or to deceive the public that Defendant's goods or services are authorized,

CHRISTIE, PARKER & HALE, LLP

sponsored by, or affiliated with Shoes West and has caused such goods to enter into interstate commerce which may be regulated by Congress.

17. Shoes West has been damaged and is likely to be damaged in the future by Defendant's infringement by reason of the likelihood that prospective purchasers and purchasers of Defendant's goods will be confused as to the source, sponsorship, or affiliation of Defendant's goods.

18. Defendant has unfairly profited from the acts alleged in this Complaint and will be unjustly enriched in the future unless and until such conduct is permanently enjoined.

19. By reason of Defendant's acts alleged herein, Shoes West has and will suffer damage to its business reputation and goodwill.

20. By reason of Defendant's acts alleged herein, Shoes West has suffered and will suffer irreparable harm unless and until Defendant's conduct is permanently enjoined.

21. Defendant's acts alleged herein were willful and taken in conscious disregard of Shoes West's rights.

22. This is an exceptional case and Shoes West is entitled to an award of its attorneys' fees and costs.

## SECOND CLAIM FOR RELIEF

**State Statutory Unfair Competition Asserted by Plaintiff Against Defendant**

23. Shoes West repeats and incorporates the allegations contained in paragraphs 6 through 22 of this Complaint.

24. The Court has jurisdiction over this Claim pursuant to 27 U.S.C. Section 1367.

25. Defendant's use of the TAOS Mark in conjunction with Defendant's marketing, advertising, distribution, and sale of products as complained herein is likely to, and is intended to, cause confusion to purchasers and potential purchasers of Shoes West's products, and to unfairly compete with Shoes West.

CHRISTIE, PARKER & HALE, LLP

26. By the acts complained of herein, Defendant has engaged in unfair competition as contemplated under Cal. Bus. & Prof. Code Sections 17200 *et seq.*

27. Because of Defendant's acts complained of herein, Shoes West has been actually damaged and suffered irreparable harm, and will continue to suffer irreparable harm, and Defendant has been unjustly enriched and will continue to be unjustly enriched, which damage, irreparable harm and unjust enrichment will continue until enjoined by order of this Court.

### THIRD CLAIM FOR RELIEF

### State Common Law Unfair Competition Asserted By Plaintiff Against Defendant

28. Shoes West repeats and realleges paragraphs 6 through 27 of its Complaint.

29. The Court has jurisdiction over this Claim pursuant to 27 U.S.C. Section 1367.

30. By its acts complained of herein, Defendant has engaged in unfair competition under the common law of the State of California.

31. Shoes West is informed and believes, and thereon alleges that the acts of Defendant complained of herein were undertaken willfully and with the intention of causing confusion, mistake and deception.

32. Because of Defendant's acts complained of herein, Shoes West has suffered and will continue to suffer irreparable harm, and Defendant has unfairly profited and will continue to be unjustly enriched, to an extent not presently ascertained, which irreparable harm and unjust enrichment will continue until enjoined by order of this Court.

33. Defendant's conduct is and has been intentional, willful, malicious, oppressive, and in reckless disregard of Shoes West's rights, entitling Shoes West to an award of punitive damages.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Shoes West, Inc. requests entry of judgment in its favor and grant the following relief against Defendant D&L Consulting, LLC as follows:

1.  That Defendant, its owners, agents, employees and representatives and all persons acting in concert or in privity with them be permanently enjoined from using TAOS alone or in combination with other words, symbols, or designed, in any advertising or for any other purpose in connection with shoes, including the permanent injunction of any use of any domain name incorporating the TAOS mark and the immediate transfer to Shoes West of any such domain name;

2.  That Shoes West receive judgment for all damages that it has suffered as a result of Defendant's conduct complained of in this case;

3.  That Shoes West be awarded Defendant's profits resulting from its infringement of Shoes West's trademark rights;

4.  That damages resulting from Defendant's willful infringement be trebled in accordance with the provisions of 15 U.S.C. § 1117;

5.  That Shoes West be awarded punitive damages under the common law of California;

6.  That Shoes West be awarded its attorneys' fees, expenses and costs incurred in connection with this case;

7.  That Shoes West be awarded restitution;

8.  That Defendant turn over the ownership of the domain name www.taoshoes.org to Shoes West;

9.  That Defendant's unlawful profits are disgorged; and

CHRISTIE, PARKER & HALE, LLP

10. For such other and further relief as this court may deem just and proper.

DATED: October 29, 2014

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By /s/G. Warren Bleeker
G. Warren Bleeker

Attorneys for Plaintiff,
SHOES WEST, INC.

# **DEMAND FOR JURY TRIAL**

Plaintiff, Shoes West, Inc., pursuant to Federal Rule of Civil Procedure 38, hereby demands a trial by jury of all issues so triable.

DATED:  October 29, 2014          Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP


By   /s/G. Warren Bleeker
         G. Warren Bleeker

Attorneys for Plaintiff
SHOES WEST, INC.

SCL PAS1323923.2-*-10/29/14 12:40 PM

-8-

CHRISTIE, PARKER & HALE, LLP

# EXHIBIT A

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,009,106

**United States Patent and Trademark Office**    Registered Oct. 25, 2005

## TRADEMARK
### PRINCIPAL REGISTER

### TAOS

DIRECT SOURCING ASSOCIATES, INC. (CALIFORNIA CORPORATION)
SUITE 201
3838 DEL AMO BOULEVARD
TORRANCE, CA 90503

FOR: FOOTWEAR NOT INCLUDING INDIAN MOCCASINS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-5-2005; IN COMMERCE 8-5-2005.

SN 76-419,318, FILED 6-10-2002.

CATHERINE FAINT, EXAMINING ATTORNEY

**Exhibit A**
**Page 9**